UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN SERABIAN,<br>      Plaintiff,<br>v.<br><br>SAP AMERICA, INC.,<br>      Defendant. | CIVIL ACTION: 1:16-cv-10501-DJC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. Rule 41(a)(1)(ii), the parties to this action, by and through their attorneys, hereby stipulate to the dismissal of all Counts of the Complaint with prejudice and without costs or attorney's fees, with all rights of appeal being waived.

Dated: March 4, 2019

**Respectfully submitted,**
STEVEN SERABIAN
By his attorneys,

*/s/ Philip J. Gordon*
Philip J. Gordon (BBO #630989)
Kristen M. Hurley (BBO #658237)
GORDON LAW GROUP
585 Boylston Street
Boston, MA 02116
Telephone: (617) 536-1800
pgordon@gordonllp.com


*/s/ Jeffrey M. Rosin*
Jeffrey M. Rosin, (BBO #629216)
O'HAGAN MEYER PLLC
111 Huntington Avenue, Suite 2869
Boston, MA 02199
Telephone: (617)843-6801
jrosin@ohaganmeyer.com

**Respectfully submitted,**
SAP AMERICA, INC.
By its attorneys,

*/s/ Michael R. Gottfried*
Michael R. Gottfried (BBO #542156)
Lauren A. Appel (BBO # 689084)
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA  02110
(857) 488-4200 (phone)
(857) 488-4201 (fax)
mrgottfried@duanemorris.com
laappel@duanemorris.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Philip J. Gordon*
                                              Philip J. Gordon

March 4, 2019